Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
L. RAY HARMON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| L. RAY HARMON,<br><br>Plaintiff,<br><br>v.<br><br>LA HABRA AUTO CENTER LLC, et al.<br><br>Defendants. | Case No.:<br>8:20-cv-00211-DOC-ADS<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

-1-
**NOTICE OF SETTLEMENT**

**TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled in its entirety as to all parties and all causes of action.

Respectfully submitted,

Dated: March 31, 2020        LAW OFFICES OF ROSS CORNELL, APC

                                  By: /s/ *Ross Cornell*
                                          Ross Cornell, Esq.,
                                          Attorneys for Plaintiff,
                                          L. RAY HARMON